UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TOTAL SALES SOLUTIONS, LLC, and
BOB DALE, Individually                                                                           PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:06cv631 DPJ-JCS

CITIGROUP, INC., Successor in Interest
to European American Bank, et al.                                                           DEFENDANTS

consolidated with

OLD REPUBLIC SURETY COMPANY                                                            PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:07cv107 DPJ-JCS

TOTAL SALES SOLUTIONS, LLC,                                                DEFENDANTS/THIRD
LINDA S. DALE AND DANIEL S. DALE                                          PARTY PLAINTIFFS

VS.

MANHEIM SERVICES CORPORATION, ET AL.              THIRD PARTY DEFENDANTS

DISMISSAL ORDER

All parties having announced to the Court that they have settled this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. The parties shall submit a Final Agreed Order of Dismissal within twenty (20) days. If any party fails to consummate this settlement, the Court will retain jurisdiction, and any aggrieved party may reopen the case for enforcement of the settlement within ten (10) days, and if successful, all additional attorneys' fees and costs from this date may be awarded such aggrieved party or parties against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2007.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE